UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlis Palmer and George Palmer,

       Plaintiffs,

v.                                                                  Civil No. 08-3726 (JNE/JJG)
                                                                  ORDER

Wyeth, Inc., Wyeth Pharmaceuticals Inc., and
Pfizer, Inc.,

       Defendants.

On April 9, 2012, the Court ordered the parties to file briefs that address whether this action should be transferred to another district pursuant to 28 U.S.C. § 1404(a) (2006) (amended 2011) and, if transfer is appropriate, to which district it should be transferred. Plaintiffs responded that the action should be transferred pursuant to § 1404(a) to the United States District Court for the District of Oregon. Defendants stated that they "will not oppose transfer of this action to Plaintiffs' home district, the District of Oregon, but preserve their objections to transfer." Accordingly, the Court transfers this action to the District of Oregon pursuant to § 1404(a).

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     This action is transferred to the United States District Court for the District of Oregon for further proceedings.

2.     The Clerk of Court is directed to effect the transfer.

Dated: April 20, 2012

                                                                        s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge